IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SERGIO ORNELAS MORALES,

                              Plaintiff,

                Civil No. 06-1853-TC

v.

                O R D E R

RUSSELL BARNETT,

                              Defendant.

       Magistrate Judge Coffin filed his Findings and Recommendation on February 9, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

       THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

       Dated this 27 day of February, 2007.

                                          /s/ Ann Aiken
                                  Ann Aiken, United States District Judge

Order -- Page 1